United States Bankruptcy Court
Central District of California

In re:   
John Emil Alle  
Mary Reilly Alle  
       Debtors

Case No. 13-38801-SK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 1     Date Rcvd: Mar 07, 2014  
                        Form ID: pdf042     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2014.  
db/jdb       +John Emil Alle,    Mary Reilly Alle,    1016 Corsica Drive,    Pacific Palisades, CA 90272-4012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2014                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2014 at the address(es) listed below:  
         Heide Kurtz (TR)    trustee@hkurtzco.com, ca45@ecfcbis.com  
         Howard N Madris    on behalf of Trustee Heide Kurtz (TR) hmadris@madrislaw.com  
         Howard N Madris    on behalf of Interested Party    Law Office of Howard N. Madris, A P.C.  hmadris@madrislaw.com  
         Raj T Wadhwani    on behalf of Debtor John Emil Alle raj@wslaw.com, wadhwaniandshanfeld@gmail.com  
         Raj T Wadhwani    on behalf of Joint Debtor Mary Reilly Alle raj@wslaw.com, wadhwaniandshanfeld@gmail.com  
         Ramesh Singh    on behalf of Interested Party    Recovery Management Systems Corporation claims@recoverycorp.com  
         Robert Pearman    on behalf of Interested Party Earl and Starla Gales robert_pearman@gshllp.com  
         Steven L Bryson    on behalf of Interested Party    Courtesy NEF slblaw1@aol.com, ecf.SLB@gmail.com  
         United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov  
                                                                                                          TOTAL: 9

HOWARD N. MADRIS (State Bar No. 157691)
LAW OFFICE OF HOWARD N. MADRIS, A P.C.
424 S. Beverly Drive
Beverly Hills, California 90212
Telephone: (310) 277-0757
Facsimile: (310) 975-6757
hmadris@madrislaw.com

Proposed Counsel for Chapter 7 Trustee

**FILED & ENTERED**

MAR 07 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JOHN EMIL ALLE,<br><br>and<br><br>MARY REILLY ALLE,<br><br>Debtors. | Case No. 2:13-bk-38801-SK<br><br>Chapter 7<br><br>**ORDER ON STIPULATION TO EXTEND BAR DATE FOR FILING SEC. 727 COMPLAINT OBJECTING TO DEBTORS' DISCHARGE**<br><br>[No Hearing Required or Requested] |

On March 6, 2014, a Stipulation to Extend Bar Date for Filing Sec. 727 Complaint Objecting to Debtors' Discharge ("Stipulation") by and between: (a) Heide Kurtz, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of John Emil Alle and Mary Reilly ("Debtors"); and (b) each of Debtors, was filed in the above-captioned case (Docket #22). The Court, having considered the Stipulation, and good cause appearing, finds and directs as follows:

1

1. The Stipulation is approved.

2. The deadline for the Trustee to file complaints objecting to Debtors' discharge under 11 U.S.C. Sec. 727 is hereby extended through and including April 7, 2014.

IT IS SO ORDERED.

###

Date: March 7, 2014

Sandra R. Klein
United States Bankruptcy Judge

2